**Jay TURLEY v. UNITED STATES of America.**

No. 928.

Circuit Court of Appeals, Tenth Circuit.

Aug. 11, 1933.

Harry S. Bowman, of Santa Fé, N. M., for appellant.

William J. Barker, U. S. Atty., of Santa Fé, N. M.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.